**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2706**

———————

DONNA PUGH,

                              Plaintiff - Appellant,

          versus


AIG LIFE INSURANCE COMPANY; AMERICAN INTERNA-
TIONAL LIFE INSURANCE COMPANY OF NEW YORK;
AMERICAN HOME ASSURANCE COMPANY; NATIONAL FIRE
INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem.  James A. Beaty, Jr.,
District Judge.  (CA-96-135-6)

———————

Submitted:  April 30, 1999              Decided:  May 26, 1999

———————

Before ERVIN, HAMILTON, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donna Pugh, Appellant Pro Se.  Joseph W. Moss, Matthew L. Mason,
MOSS & MASON, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donna Pugh sued the AIG Life Insurance Company (AIG) seeking benefits under her employer's Permanent Total Disability insurance benefits plan, which is governed by the Employee Retirement Income Security Act of 1974, as amended. Pugh appeals from the orders denying her motion for a jury trial, granting summary judgment to AIG, and dismissing her action. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pugh v. AIG Life Ins. Co., No. CA-96-135-6 (M.D.N.C. Sept. 11, 1998; Oct. 13 & 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2